JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

IRAJ KHOSROABADI,

    Plaintiff,

  v.

MAZGANI SOCIAL SERVICES, INC., MAHVASH MAZGANI, NAZANIN MAZGANI, NEYAZ MAZGANI, MAHNAZ MOGHADDAM, and SHOHREH SHARIFZADEH,

    Defendants.

Case No.: SACV 17-00644-CJC(KESx)

**ORDER REMANDING CASE AND DENYING DEFENDANTS'** *EX PARTE* **REQUEST**

On March 13, 2017, Plaintiff Iraj Khosroabadi filed this case in Orange County Superior Court, which was removed to this Court on April 7, 2017. (*See* Dkt. 1 Ex. 1; Dkt. 1.) On February 14, 2018, the Court granted in part Defendants' motion for summary judgment as to Plaintiff's civil RICO cause of action, and declined to exercise

-1-

supplemental jurisdiction over Plaintiff's remaining causes of action. (Dkt. 93.) The Court delayed remand in light of Plaintiff's pending motions to compel discovery, and Magistrate Judge Scott's request that the Court retain jurisdiction while the Social Security Administration produced information responsive to Plaintiff's subpoenas. (Dkt. 96.)

Before the Court is Defendants' *ex parte* request for dismissal of the case or for an order to show cause why the cause should not be dismissed in light of the parties' purported settlement. (Dkt. 102.) Defendants represent that the parties entered into a confidential settlement agreement on March 30, 2018, wherein Defendants agreed to pay Plaintiff and Plaintiff agree to execute a stipulation for dismissal of this action with prejudice. (*Id*. at 2–3.) Defendants did not attach the settlement to their request. (*Id*.) Defendants state they have paid Plaintiff the agreed upon amount, but Plaintiff's counsel has refused to stipulate to dismissal of the action. (*Id*.) Defendants also request sanctions against Plaintiff's counsel for failure to dismiss the action. (*Id*. at 3–4.)

Given the parties' dispute, there is no reason for the Court to retain jurisdiction over this matter any longer.[1] Accordingly, the Court **REMANDS** this action to Orange County Superior Court and **DENIES** Defendants' *ex parte* request for dismissal and sanctions.

DATED: April 11, 2018

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

---

[1] The Court had previously determined that it would delay remand until April 20, 2018, unless Judge Scott recommended a later date. But, as evidenced by Defendants' *ex parte* request, further litigation in federal court is not productive.